UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C-11-3117 EMC |
| Petitioners, | |
| v. | **ORDER TO SHOW CAUSE** |
| LUCIA HERNANDEZ AYALA, | |
| Respondent. _____/ | |

Petitioners have filed a verified petition, asking the Court to enforce the IRS summons served on Respondent Lucia Hernandez Ayala. Having reviewed the petition, this Court hereby orders Respondent Hernandez Ayala to show cause why the IRS summons should not be enforced.

Petitioners shall serve a copy of this order to show cause, along with the verified petition, on Respondent Hernandez Ayala no later than August 19, 2011. Service shall comply with Federal Rule of Civil Procedure 4. Respondent Hernandez Ayala shall have until September 2, 2011, to file a response to this order to show cause.

///
///
///
///
///
///
///
///

The parties shall appear before the Court for a hearing on this matter on **September 23, 2011, at 1:30 p.m.**, Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: August 2, 2011

_____
EDWARD M. CHEN
United States District Judge